| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ADAM L. STRELTZER, Attorney at Law<br>California Bar Number 175075<br>1875 Century Park East<br>Suite 700<br>Los Angeles, California 90067-2508<br>(424) 652-8010 telephone<br>(424) 652-2296 fax<br>adam@streltzer.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*   RONALD KOLODZIEJ | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>ALEX MARTINEZ<br><br>Debtor(s). | CASE NO.: 1:13-bk-17106-MT<br>CHAPTER: 11<br>ADVERSARY NO.: 2:14-ap-01104-WB |
|---|---|
| RONALD KOLODZIEJ, an individual and doing business as NIAGARA CONSTRUCTION<br><br>Plaintiff(s),<br><br>vs.<br><br>ALEX MARTINEZ, an individual, also known as ALEJANDRO M. MARTINEZ,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): STIPULATION FOR ENTRY OF JUDGMENT |

PLEASE TAKE NOTE that the order or judgment titled   JUDGMENT UPON STIPULATION

was lodged on (*date*)   05/23/2014   and is attached.  This order relates to the motion which is docket number 25  .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1875 Century Park East, Suite 700, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __05/23/2014__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Dana M Douglas         dmddouglas@hotmail.com
- Adam L Streltzer        adam@streltzer.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**: On (*date*) __05/23/2014__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- Hon. Julia W. Brand, United States Bankruptcy Court, Central District of California, 255 E. Temple St., Suite 1382, Los Angeles, CA, 90012. (via mail)
- Hon. Maureen A. Tighe, United States Bankruptcy Court, Central District of California, 21041 Burbank Boulevard, Suite 324, Woodland Hills, CA 91367 (via mail) [courtesy copy only]

☐ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __05/23/2014__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/23/2014 | Adam L. Streltzer | /s/ Adam L. Streltzer |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                        **F 9021-1.2.ADV.NOTICE.LODGMENT**

ADAM L. STRELTZER, Attorney at Law
California Bar Number 175075
1875 Century Park East, Suite 700
Los Angeles, California 90067-2508
Tel: (424) 652-8010
Fax: (424) 652-2296
Email: adam@streltzer.com

Attorneys for Plaintiff RONALD KOLODZIEJ, an individual and doing business as NIAGARA CONSTRUCTION

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ALEX MARTINEZ,<br><br>Debtor.<br><br>RONALD KOLODZIEJ, an individual and doing business as NIAGARA CONSTRUCTION,<br><br>Plaintiff(s),<br><br>v.<br><br>ALEX MARTINEZ, an individual, also known as ALEJANDRO M. MARTINEZ,<br><br>Defendant(s). | Case No. **1:13-bk-17106-MT**<br><br>Chapter 11<br><br>Adv. No. **2:14-ap-01104-WB**<br><br>(transferred 2/23/14 previously assigned adv. no. 1:13-ap-01294-MT)<br><br>**JUDGMENT UPON STIPULATION** |

1.   IT IS HEREBY ORDERED THAT, pursuant to a Stipulation between Defendant ALEX MARTINEZ, an individual, also known as ALEJANDRO M. MARTINEZ ("**Defendant**") and Plaintiff RONALD KOLODZIEJ, an individual and doing business as NIAGARA CONSTRUCTION ("**Plaintiff**"), judgment is entered in favor of Plaintiff and against Defendant as follows: that the judgment entered September 26, 2011, amended *nunc pro tunc* May 14, 2012, by the Superior Court of the State of California, County of Los Angeles, in favor of Plaintiff and against Defendant in the case entitled

1  *Kolodziej v. Mullins et al.*, case no. SC100345 ("**State Court Judgment**"), to the extent of
2  and in the amount of four hundred thousand dollars ($400,000.00), shall be Plaintiff's
3  damages in this adversary proceeding and shall constitute a nondischargeable obligation
4  due and owing from Defendant to Plaintiff pursuant to 11 U.S.C. §§523(a) ("**Judgment**").
5       2.    This Judgment shall earn simple interest accruing at the maximum rate as
6  provided by law from the date of entry hereon.
7       3.    Plaintiff shall be entitled to recover its reasonable attorneys' fees and costs
8  incurred with respect to the enforcement of the Judgment and the State Court Judgment.
9       4.    Enforcement of the Judgment is stayed, however enforcement shall be stayed
10 only so long as: (i) the automatic stay in this within bankruptcy proceeding (case number
11 1:13-bk-17106-MT) remains in effect, either generally or solely with respect to the
12 Plaintiff; and (ii) Defendant performs according to the "United States Trustee Operating
13 Guidelines and Reporting Requirements for Chapter 11 Cases" and also in conformity with
14 the terms of any confirmed Chapter 11 Plan entered in this within proceeding (1:13-bk-
15 17106-MT). Otherwise, the stay on enforcement shall automatically expire without any
16 other or further notice to Defendant and Plaintiff may immediately seek to enforce the
17 Judgment by any means permissible at law or equity for the enforcement of a money
18 judgment.

19       Approved:
20       Dated: May  2 , 2014                    Date: May  2 , 2014
21       _____         _____
22       Attorney for Defendant                  Defendant

                                                 ###

DANA M. DOUGLAS
Attorney at Law

2