MC-012

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY**  STATE BAR NUMBER: 175075<br>NAME: Adam L. Streltzer, Esq. (CBN 175075)<br>FIRM NAME: ADAM L. STRELTZER, ATTORNEY AT LAW<br>STREET ADDRESS: 1801 Century Park East, Suite 2400<br>CITY: Los Angeles    STATE: CA    ZIP CODE: 90067<br>TELEPHONE NO.: 424-652-8010    FAX NO.: 424-652-2296<br>EMAIL ADDRESS: adam@streltzer.com<br>ATTORNEY FOR (name): Judgment Creditor RONALD KOLODZIEJ etc. | **FOR COURT USE ONLY** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
Edward R. Roybal Federal Building
255 East Temple Street
Los Angeles, CA 90012

PLAINTIFF: In re ALEX MARTINEZ aka ALEJANDRO M. MARTINEZ
DEFENDANT: RONALD KOLODZIEJ etc. v. ALEX MARTINEZ et al.

| | | |
|---|---|---|
| **MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST** | CASE NUMBER:<br>1:13-bk-17106-WB | ADV. NUMBER:<br>2:14-ap-01104-WB |

1. [x] **Postjudgment costs**
   a. I claim the following costs after judgment incurred within the last two years (indicate if there are multiple items in any category):

   | | Dates Incurred | Amount |
   |---|---|---|
   | (1) Preparing and issuing abstract of judgment | | $ |
   | (2) Recording and indexing abstract of judgment | | $ |
   | (3) Filing notice of judgment lien on personal property | | $ |
   | (4) Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 (specify county): | | $ |
   | (5) Levying officers fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment | 10/2022 - 12/2023 | $ 195.00 |
   | (6) Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.110 et seq. | | $ |
   | (7) Attorney fees, if allowed by Code Civ. Proc., § 685.040 | 05/04/2022 - 05/03/2024 | $ 2,625.00 |
   | (8) Other: Registered Process Server (levies) (Statute authorizing cost): Code Civ. Proc. § 685.095 | | $ 844.60 |
   | (9) Total of claimed costs for current memorandum of costs (add (1)–(8)) | | $ 3,664.60 |

   b. All previously allowed postjudgment costs    $ 0.00
   c. **Total** of all postjudgment costs (add a and b)    $ 3,664.60

2. [ ] **Credits to interest and principal**
   a. I acknowledge total payments to date in the amount of: $ 0.00 (including returns on levy process and direct payments). The payments received are applied first to the amount of accrued interest, and then to the judgment principal (including postjudgment costs allowed) as follows: credit to accrued interest: $ 0.00 ; credit to judgment principal $ 0.00 .
   b. **Principal remaining due.** The amount of judgment principal remaining due is $ 400,000.00 . (See Code Civ. Proc., § 680.300)

3. [x] **Accrued interest remaining due.** I declare interest accruing at the legal rate of 0.09 % on the unpaid principal amount of $ 400,000.00 and n/a % on the unpaid principal amount of $ n/a (see Information Sheet for Calculating Interest and Amount Owed on a Judgment (form MC-013-INFO)) from the date of entry or renewal and on balances from the date of any partial satisfactions (or other credits reducing the principal), remaining due in the amount of $ 3,554.46 (see attached)

4. I am the: [ ] judgment creditor    [ ] agent for the judgment creditor    [x] attorney for the judgment creditor
   I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 3, 2024

Adam L. Streltzer
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF DECLARANT)

**NOTICE TO THE JUDGMENT DEBTOR**
If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, not exceeding $100 in aggregate and not already allowed by the court, may be included in the writ of execution. The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution. (Code Civ. Proc., § 685.070(e).) A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-012 [Rev. January 1, 2024]

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

Code of Civil Procedure,
§§ 685.040, 685.070, 695.220
www.courts.ca.gov

ATTACHMENT TO

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

===========================================

From and including: May 30, 2014
To and including: May 3, 2024
Result: 3,627 days
It is 3,627 days from the start date to the end date, end date included.

===========================================

$400,000 x 0.09% = $0.9863 per day ($0.98)

===========================================

    3,627 days x $0.98 per day = $3,554.46

    ---------------------------------------------

    $3,554.46 interest +  $400,000.00 judgment  -  $0.00 credits  =  **$403,554.46**
    As of May 3, 2024

===========================================

Federal interest rate of 0.09%

Effective May 30, 2024

===========================================

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1801 Century Park East, Suite 2400, Los Angeles, CA 90067 and
300 Corporate Pointe, Suite 320, Culver City, CA 90230

A true and correct copy of the foregoing document entitled (*specify*): _____
_____
 Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/03/2024_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Dana M. Douglas        dmddouglas@hotmail.com, douglas.danar115703@notify.bestcase.com
Adam L. Streltzer      adam@streltzer.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  05/03/2024_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Alex Martinez aka Alejandro M. Martinez, 3941 Park Dr., PMB 20576, El Dorado Hills CA 95762
Dana M. Douglas, 11024 Balboa Blvd # 431, Granada Hills, CA 91344-5007
Hon. Julia W. Brand, U.S. Bankruptcy Court, 255 E. Temple St., Suite 1382, Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
/ / /
/ / /
/ / /
/ / /

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/03/2024 | Adam L. Streltzer | */s/ Adam Streltzer* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**